UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DYSON, INC.,                                                :
                              Plaintiff,                    :
                                                            :      23 Civ. 6818 (LGS)
                -against-                                   :
                                                            :      ORDER
KUEHNE NAGEL, INC., et al.,                                 :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 4, 2023, required the parties to file a proposed case management plan and joint letter by August 16, 2023, at 12:00 P.M.;

    WHEREAS, the initial pretrial conference is currently scheduled for August 23, 2023, at 4:00 P.M.;

    WHEREAS, Defendants were served on June 21, 2023;

    WHEREAS, Defendants were required to respond to the Complaint by July 12, 2023;

    WHEREAS, Defendants have not appeared in this case and have not timely responded to the Complaint;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **August 21, 2023, at 12:00 P.M.**  If Defendants refuse to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with Defendants, no later than **August 21, 2023**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present

an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.  It is further

**ORDERED** that the initial pretrial conference scheduled for August 23, 2023, is adjourned to **September 6, 2023, at 4:00 P.M.**

Dated: August 17, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE