

# HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

March 1, 2024

**By ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York

> The deposition dates below are so ordered. The parties' request for a stay is **DENIED**. As stated in the Dkt. 36 order, no further discovery deadline extensions will be granted absent extraordinary circumstances.
>
> Dated: March 5, 2024
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

Re:   Joint Request to Stay Litigation and Joint Letter re Depositions
*Dyson, Inc. v. Kuehne + Nagel, Inc. d/b/a Blue Anchor America Line*
Case No.: 1:23-cv-06818-LGS

Dear Judge Schofield:

We represent Plaintiff, Dyson, Inc., and write jointly with counsel for Defendant, Kuehne + Nagel, Inc. d/b/a Blue Anchor America Line ("K+N") (collectively "Parties").

The Parties are in the process of reaching a settlement in principle involving non-parties that, once finalized, would resolve all disputes in this litigation. To preserve resources as the Parties coordinate with non-parties in an effort to globally resolve the claims between them, the Parties request that litigation be stayed until April 30, 2024, and propose to file a status update by April 1, 2024.

In case the Court is not inclined to grant the requested stay, and in response to the Court's February 22 order (ECF no. 36), the Parties plan to conduct depositions on the following dates:

March 14:   Scott Copeland, as Rule 30(b)(6) representative of Plaintiff

March 20:   Joshua Warner, as Rule 30(b)(6) representative of Defendant

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Case 1:23-cv-06818-LGS   Document 39   Filed 03/05/24   Page 2 of 2

Hon. Lorna G. Schofield
March 1, 2024
<u>Page Two</u>

       We thank the Court for its consideration of this request and attention to this matter.

       Respectfully submitted,

       HILL RIVKINS LLP

       *Brian P. R. Eisenhower*

       Brian P. R. Eisenhower

001 - Court

cc:   **By ECF**
      All Counsel of Record

